USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELIBERTO MEJIA HERNANDEZ, et al.,
Plaintiffs,

-against-

FIVE BROTHERS AUTO SPA AND LUBE CORP., et al.,
Defendants.

26-CV-06015 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

This case was filed on July 16, 2026, as a collective action against Defendants Five Brothers Auto Spa and Lube Corp. ("Five Brothers") and Hak Sang Meier ("Meir"). Dkt. No. 1. Defendant Five Brothers was served on July 27, 2026, and Defendant Meier was served on August 5, 2026. Dkt. Nos. 6–7. Neither has appeared and both appear to be in default.

It is ORDERED that if Defendants do not respond to the Complaint or appear by **November 11, 2026**, then by **November 18, 2026**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **December 2, 2026**. Plaintiff shall serve a copy of this Order on Defendants by mail delivery service that provides delivery confirmation and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**. In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **November 20, 2026**, and shall file proof of such service by **November 23, 2026**.

If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

Dated: October 30, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge